**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MOFFITT, )<br>                    )<br>          Petitioner, )<br>                    )<br>     v.            )<br>                    )<br>WARDEN,             )<br>                    )<br>          Respondent, )<br>_____ ) | No. EDCV 10-854-AHS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: February 9, 2011

                                      *ALICEMARIE H. STOTLER*
                                      _____
                                      ALICEMARIE H. STOTLER
                                   United States District Judge